# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 0921

VERSUS

JEFFERY STADEN                                        **DECEMBER 4, 2024**

---

In Re:   Jeffery Staden, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge, No.
         02-10-0403.

---

BEFORE:   **WOLFE, MILLER, AND GREENE, JJ.**

**WRIT GRANTED.** The trial court is ordered to act on relator's
"Motion for Ruling on the Merits of his Application for Post-
Conviction Relief," filed November 27, 2023, on or before January
2, 2025.

**SMM**
**HG**

**Wolfe, J.,** dissents and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT